| Defendant: | **St. Onge Company** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113320 | $54,000.00 | 3/22/2023 | 117518 | 12/1/2022 | $54,000.00 |
| **Totals:** | **1 transfer(s),** | **$54,000.00** | | | | | |